No. 71–1422.  KAPLAN *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari granted.

No. 71–1051.  PARIS ADULT THEATRE I ET AL. *v.* SLATON, DISTRICT ATTORNEY, ATLANTA JUDICIAL CIRCUIT, ET AL. Sup. Ct. Ga.  Motion to supplement petition and certiorari granted.  Parties requested to brief and argue, in addition to those questions presented in the petition, the following question: "Whether the display of any sexually oriented films in a commercial theatre, when surrounded by notice to the public of their nature and by reasonable protection against exposure of the films to juveniles, is constitutionally protected?"

No. 71–1225.  GAGNON, WARDEN *v.* SCARPELLI.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Motion of respondent for appointment of counsel granted.  It is ordered that William M. Coffey, Esquire, of Milwaukee, Wisconsin, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 71–1315.  ALEXANDER ET AL. *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari granted.  Parties are requested to brief and argue in addition to those questions presented in the petition the following question: "Whether the display of any sexually oriented pictorial magazines for commercial sale, when surrounded by notice to the public of their nature and by reasonable protection against exposure of the magazines to juveniles, is constitutionally protected?"